# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>DELK, PAULETTE J. | **2. Court or Organization**<br><br>TENNESSEE-BANKRUPTCY | **3. Date of Report**<br><br>05/06/2014 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S.BANKRUPTCY JUDGE | **5a. Report Type** (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>01/01/2013<br>to<br>12/31/2013 |
| **7. Chambers or Office Address**<br><br>200 JEFFERSON<br>MEMPHIS, TENNESSEE 38103 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1987 | TIAA-CREF; DISTRIBUTIONS AT AGE 70.5 |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| DELK, PAULETTE J. | 05/06/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | SELF-EMPLOYED PHYSICIAN |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Tennessee Bar Association | April 19-21, 2013 | Gatlinburg,TN | Speaker at 10th Annual Bankruptcy Forum | TRANSPORTATION, LODGING, FOOD |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DELK, PAULETTE J. | 05/06/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | BANK OF AMERICA | BUSINESS CREDIT CARD | K |
| 2. | BANK OF AMERICA | CREDIT CARD | K |
| 3. | AMERICAN EXPRESS | CREDIT CARD | J |
| 4. | SUNTRUST SALLIE MAE | STUDENT LOANS | K |
| 5. | CHASE | CREDIT CARD | J |

| Name of Person Reporting | Date of Report |
|---|---|
| DELK, PAULETTE J. | 05/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SUNTRUST ACCOUNT | A | Interest | J | T | | | | | |
| 2. ORION ACCOUNT | A | Dividend | J | T | | | | | |
| 3. NORTHWESTERN MUTUAL WHOLE LIFE POLICIES | C | Interest | J | T | | | | | |
| 4. REGIONS ACCOUNT | | None | J | T | | | | | |
| 5. BANK OF AMERICA | | None | J | T | | | | | |
| 6. NOTE FROM FANNIE HAYES | B | Interest | K | T | | | | | |
| 7. TIAA-CREF PENSION | D | Dividend | N | T | | | | | |
| 8. STATE OF TENNESSEE 401(k) PLAN | A | Int./Div. | J | T | Sold | 03/21/13 | J | A | |
| 9. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 10. -American Funds-WASHINGTON MUTUAL INVESTORS FUND A | A | Dividend | J | T | | | | | |
| 11. -American Funds-Europacific Growth Fund-A | B | Dividend | K | T | | | | | |
| 12. -American Funds-The New Economy Fund-A | A | Dividend | K | T | | | | | |
| 13. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 14. -FIDELITY ADVISOR NEW INSIGHTS FUND CL A | B | Dividend | J | T | | | | | |
| 15. AXA EQUITABLE #1(IRA) (INVESTMENT GRADE BONDS) | A | Interest | K | T | | | | | |
| 16. AXA EQUITABLE #2 (IRA) (INVESTMENT GRADE BONDS) | A | Interest | K | T | | | | | |
| 17. AXA EQUITABLE #3 (TSA PS) | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DELK, PAULETTE J. | 05/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ARKANSAS DEFERRED COMPENSATION PLAN | B | Interest | K | T | | | | | |
| 19. SMART SAVVY INVESTMENT CLUB | B | Dividend | K | T | Sold | 01/22/13 | J | A | |
| 20. -ORACLE CORP (common) | | | | | | | | | |
| 21. -PAYCHEX INC (common) | | | | | | | | | |
| 22. -TIME WARNER INC (COMMON) | | | | | | | | | |
| 23. -EXXON MOBIL CP (common) | | | | | | | | | |
| 24. -GENERAL ELECTRIC (common) | | | | | | | | | |
| 25. -INTEL (X) (common) | | | | | | | | | |
| 26. -STARBUCKS (X) CORP (common) | | | | | | | | | |
| 27. BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 28. -PRIME FUND DAILY MONEY CLASS | B | Dividend | L | T | | | | | |
| 29. -ELI LILLY &CO COMMON STOCK | A | Dividend | J | T | | | | | |
| 30. -PFIZER COMMON STOCK | A | Dividend | J | T | | | | | |
| 31. -FIDELITY EQUITY INCOME II | A | Dividend | K | T | | | | | |
| 32. -MORGAN STANLEY INSTL TR VALUE PORT INSTL CL | D | Dividend | N | T | | | | | |
| 33. -VANGUARD GROWTH & INCOME | A | Dividend | J | T | | | | | |
| 34. -VANGUARD TOTAL STOCK MARKET | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DELK, PAULETTE J. | 05/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -MORGAN STANLEY INSTL TR CORE PL FIX INCM INS | B | Dividend | M | T | | | | | |
| 36. BROKERAGE ACCOUNT #4 | | | | | | | | | |
| 37. -ING T. ROWE PRICE GROWTH EQ PORT | A | Dividend | K | T | | | | | |
| 38. -FIDELITY VIP CONTRAFUND PORT | A | Dividend | K | T | | | | | |
| 39. -THE GROWTH FUND OF AMERICA | A | Dividend | K | T | | | | | |
| 40. -EUROPACIIC GROWTH FUND | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| DELK, PAULETTE J. | 05/06/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
| --- | --- |
| DELK, PAULETTE J. | 05/06/2014 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ PAULETTE J. DELK**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544